UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SEMYON GRINBLAT,
                                                              JUDGMENT
                                                              20-CV-1641 (LDH)
        Plaintiff,
  v.

HYLAN BACHE LLC, et al.,

        Defendants.
-----------------------------------------------------------------X

        An Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on October 19, 2020, adopting the Report and Recommendation of Magistrate Judge Roanne L. Mann, dated May 27, 2020, denying Plaintiff's motion for default judgment with prejudice; it is

        ORDERED and ADJUDGED that Plaintiff's motion for default judgment is denied with prejudice.

Dated: Brooklyn, New York                                 Douglas C. Palmer
       October 20, 2020                                         Clerk of Court

                                                         By:    */s/Jalitza Poveda*
                                                                   Deputy Clerk