**Adam D. Ford** (NYB #4115531)
FORD & HUFF LC
228 Park Avenue South
New York, New York 10003
Telephone: (212) 518-7007
Email: adam.ford@fordhufflaw.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SEMYON GRINBLAT, individually and on behalf of others similarly situated, | **SUGGESTION OF DEATH** |
| Plaintiff, | Case No. 1:20-cv-1641 |
| vs. | |
| HYLAN BACHE LLC, JOSEPH A. COSTA, LOUIS C. COSTA, ANTHONY R. COSTA, JOHN DOES 1-X, LIMITED COMPANIES, PARTNERSHIPS, CORPORATIONS 1-X, | Judge LeShann DeArcy Hall
Magistrate Judge Roanne L. Mann |
| Defendants. | |

The undersigned hereby informs the Court that Plaintiff SEMYON GRINBLAT died in a tragic house fire on February 13, 2021.

DATED the 4th day of March 2021.

                                              FORD & HUFF LC

                                              /s/ Adam D. Ford
                                              Adam D. Ford (NYB #4115531)
                                              FORD & HUFF LC
                                              228 Park Avenue South
                                              New York, New York 10003
                                              Telephone: (212) 518-7007
                                              Email: adam.ford@fordhufflaw.com
                                              *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that on the 4th day of March 2021, I caused a true and correct copy of the foregoing SUGGESTION OF DEATH FOR PLAINTIFF SEMYON GRINBLAT to be filed with the Court electronically via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/ Adam D. Ford