UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
SEMYON GRINBLAT, individually and on
behalf of all others similarly situated,

                              Plaintiff,                       JUDGMENT

   v.
                                                              20-CV-1641 (LDH)

HYLAN BACHE LLC, et al.,

                              Defendants.
------------------------------------------------------------------X

       An Order of the Honorable LaShann DeArcy Hall, United States District Judge having been filed on October 15, 2021, adopting the Report and Recommendation of Magistrate Roanne L. Mann, dated May 10, 2021, dismissing Plaintiff's ADA claim as moot; declining to exercise jurisdiction over Plaintiff's state and municipal claims; denying Plaintiff's counsel's motion to withdraw; and dismissing this case without prejudice; it is

       ORDERED and ADJUDGED that Plaintiff's ADA claim is dismissed as moot; that the Court declines to exercise jurisdiction over Plaintiff's state and municipal claims; that Plaintiff's counsel's motion to withdraw is denied; and that this case is dismissed, without prejudice.

Dated: Brooklyn, New York                                  Douglas C. Palmer
       October 19, 2021                                         Clerk of Court

                                                      By:    */s/Jalitza Poveda*
                                                                    Deputy Clerk